COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Glenis Dionicio Cordova-Lopez v. The State of Texas

Appellate case number:   01-20-00724-CR

Trial court case number:  1578342

Trial court:               178th District Court of Harris County

Appellant, Glenis Dionicio Cordova-Lopez, has filed a motion to abate the appeal for completion and correction of the appellate record. Appellant contends that the trial court assured appellant's counsel that juror information cards would be included in the clerk's record but no juror information cards were included in the clerk's record. The State has not opposed this motion.

Article 35.29 provides that information collected during the jury selection process about a juror is confidential and may not be disclosed except on application by a party and a showing of good cause. *See* TEX. CODE CRIM. PROC. art. 35.29. Defense counsel observes that the trial court made the following statement on the record: "I'm going to make sure that a copy of the juror information cards are included in the record." But counsel also admits that the trial court stated it would disclose the juror information cards in the clerk's record before defense counsel even requested the information. Thus, defense counsel admits both that it did not make an application for disclosure of the juror information and did not make a showing of good cause.

Although the trial court stated it would disclose the confidential juror information cards, we abate the appeal and remand this cause to the trial court for a hearing within 30 days of the date of this order and a determination whether the juror information cards should be disclosed to defense counsel under Article 35.29. If the trial court determines that the jury information cards should be included in the clerk's record, it shall prepare findings of fact and conclusions of law supporting its determination and direct the clerk to prepare, certify, and file in this Court a supplemental clerks record containing the trial court's findings and conclusions, and if the Court determines that the juror information cards should be disclosed, the trial court shall direct the clerk to include these information cards in the supplemental clerk's record. The supplemental clerk's record shall be filed within 45 days of the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___November 16, 2021_____